**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| In re: 23ANDME, INC., Customer Data Security Breach Litigation | MDL No. 3098 |
|---|---|

**CERTIFICATE OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on January 9, 2024, copies of the foregoing Notice of Appearance and Schedule of Actions were electronically filed with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all counsel of record registered as CM/ECF users, as denoted on the Electronic Mail Notice List.

**Counsel for Parties Served via ECF:**

| ***Santana, et al. v. 23andMe, Inc.*** (Case No. 3:23-cv-05147-EMC) **Northern District of California** | ***Lamons v. 23andMe, Inc.*** (Case No. 3:23-cv-05178-EMC) **Northern District of California** |
|---|---|
| Scott Edelsberg<br>EDELSBERG LAW, P.A.<br>*scott@edelsberglaw.com*<br>1925 Century Park E #1700<br>Los Angeles, CA 90067<br>Telephone: 305-975-3320<br><br>Andrew J. Shamis<br>SHAMIS & GENTILE, P.A.<br>14 NE 1st Avenue, Suite 400 | Michael R. Reese<br>*mreese@reesellp.com*<br>100 West 93rd Street, 16th Floor<br>New York, New York 10025<br>Telephone: (212) 643-0500<br><br>George V. Granade<br>8484 Wilshire Boulevard, Suite 515<br>Los Angeles, California 90211<br>Telephone: (310) 393-0070 |

| | |
|---|---|
| Miami, FL 33132<br>Telephone: 305-479-2299<br>*ashamis@shamisgentile.com*<br><br>**Attorneys for Plaintiffs Monica Santana and Paula Kleynburd** | *ggranade@reesellp.com*<br><br>Charles D. Moore REESE LLP<br>*cmoore@reesellp.com*<br>100 South 5th Street, Suite 1900<br>Minneapolis, Minnesota 55402<br>Telephone: (212) 643-0500<br><br>Kevin Laukaitis<br>LAUKAITIS LAW LLC<br>*klaukaitis@laukaitis.com*<br>954 Avenida Ponce De Leon<br>Suite 205, #10518<br>San Juan, Puerto Rico 00907<br>Telephone: (215) 789-4462<br><br>**Attorneys for Plaintiff Kerry Lamons** |
| ***Eden et al v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05200-EMC)<br>**Northern District of California**<br><br>Melissa Emert<br>Gary S. Graifman<br>KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.<br>135 Chestnut Ridge Road, Suite 200<br>Montvale, NJ 07645<br>*memert@kgglaw.com*<br>*ggraifman@kgglaw.com*<br>Telephone: (845) 356-2570<br>Facsimile: (845) 356-4335<br><br>David S. Casey<br>*dcasey@cglaw.com*<br>Gayle M. Blatt<br>*gmb@cglaw.com*<br>P. Camille Guerra<br>*camille@cglaw.com*<br>110 Laurel Street<br>San Diego, CA 92101<br>Telephone: (619) 238-1811<br>Facsimile: (619) 544-9232<br>CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP | ***J.S. et al v. 23andMe, Inc., et al.***<br>(Case No. 3:23-cv-05234-EMC)<br>**Northern District of California**<br><br>Sharon J. Zinns<br>ZINNS LAW, LLC<br>4243 Dunwoody Club Drive<br>Suite 104<br>Atlanta, Georgia 30350<br>(404) 882-9002<br>*sharon@zinnslaw.com*<br><br>Maureen M. Brady<br>Lucy McShane<br>McSHANE & BRADY, LLC<br>1656 Washington Street, Suite 120<br>Kansas City, MO 64108<br>Telephone: (816) 888-8010<br>Facsimile: (816) 332-6295<br>*mbrady@mcshanebradylaw.com*<br>*lmcshane@mcshanebradylaw.com*<br><br>**Attorneys for Plaintiffs J.S., J.T., and A.L.** |

| | |
|---|---|
| **Attorneys for Plaintiffs Bonnie Eden (also a Movant in Case No. 3:23-cv-05147-EMC), Daniel Pinho, Thomas Seawright and Pamela Zager-Maya** | |
| ***Mirza v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05259-EMC)<br>**Northern District of California**<br><br>Seyed Abbas<br>Kazerounian Mona<br>Amini<br>KAZEROUNI LAW GROUP, APC<br>*ak@kazlg.com*<br>*mona@kazlg.com*<br>245 Fischer Avenue, Unit D1<br>Costa Mesa, California 92626<br>Telephone: (800) 400-6808<br>Facsimile: (800) 520-5523<br><br>**Attorneys for Plaintiff Haris Mirza** | ***Navarro v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05281-EMC)<br>**Northern District of California**<br><br>Scott Edward Cole<br>Laura Grace Van Note<br>COLE & VAN NOTE<br>555 12th Street, Suite 2100<br>Oakland, California 94607<br>Telephone: (510) 891-9800<br>Facsimile: (510) 891-7030<br>*sec@colevannote.com*<br>*lvn@colevannote.com*<br><br>**Attorneys for Plaintiffs Katianne Navarro and Michael Blackwell** |
| ***Greenberg v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05302-EMC)<br>**Northern District of California**<br><br>John J. Nelson<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br>402 W Broadway, Suite 1760<br>San Diego, CA 92101<br>Tel.: (858) 209-6941<br>*jnelson@milberg.com*<br><br>Jeff Ostrow<br>KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT<br>One West Las Olas Blvd., Suite 500<br>Fort Lauderdale, Florida 33301<br>Telephone: 954-525-4100<br>*ostrow@kolawyers.com*<br><br>**Attorneys for Plaintiff Caroline Greenberg** | ***Friend v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05323-EMC)<br>**Northern District of California**<br><br>Kaveh S. Elihu<br>Saima Ali Gipson<br>1001 Wilshire Boulevard<br>Los Angeles, California 90017<br>Telephone: (213) 382-2222<br>Facsimile: (213) 382-2230<br>EMPLOYEE JUSTICE LEGAL GROUP, PC<br>*kelihu@ejlglaw.com*<br>*sali@ejlglaw.com*<br><br>**Attorneys for Plaintiffs Nichole Friend, Aaron Parra, and Mari Rajamin** |
| ***Hoffman et al v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05332-EMC)<br>**Northern District of California** | ***Farmer v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05341-EMC)<br>**Northern District of California** |

| | |
|---|---|
| John J. Nelson<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br>402 W. Broadway, Suite 1760<br>San Diego, California 9<br>Tel.: (858) 209-6941<br>*jnelson@milberg.com*<br><br>Marc E. Dann<br>DANNLAW<br>25 North Street<br>Dublin, Ohio 43017<br>*mdann@dannlaw.com*<br><br>Thomas A. Zimmerman, Jr.<br>ZIMMERMAN LAW OFFICES, P.C.<br>77 W. Washington Street, Suite 1220<br>Chicago, Illinois 60602<br>(312) 440-0020 telephone<br>(312) 440-4180 facsimile<br>*tom@attorneyzim.com*<br><br>**Attorneys for Plaintiffs Alexandra Hoffman and Alexandra Klawitter** | M. Anderson Berry<br>Gregory Haroutunian<br>Brandon P. Jack<br>865 Howe Avenue<br>Sacramento, CA 95825<br>Telephone: (916) 239-4778<br>*aberry@justice4you.com*<br>*gharoutunian@justice4you.com*<br>*bjack@justice4you.com*<br><br>Benjamin H. Kleine<br>KLEINE PC<br>95 Third Street, 2nd Floor, #9048<br>San Francisco, CA 94103<br>Telephone: 415-465-5655<br>*ben@kleinepc.com*<br><br>**Attorneys for Plaintiff Adriane Farmer** |
| ***Berman et al v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05345-EMC)<br>**Northern District of California**<br><br>Ross M. Good<br>LOFTUS & EISENBERG, LTD.<br>161 N. Clark, Suite 1600<br>Chicago, Illinois 60601<br>T: (312) 889-6625<br>*ross@loftusandeisenberg.com*<br><br>William Aron ARON LAW FIRM<br>15 W Carrillo St, Suite 217<br>Santa Barbara,<br>CA 93101<br>T: (805) 618-1768<br>*bill@aronlawfirm.com*<br><br>**Attorneys for Plaintiffs Melanie Berman, Lisa Jones, Lyon Leifer, Kathleen Canfield Loftus, Julia Hawkins** | ***Tulchinsky v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05369-EMC)<br>**Northern District of California**<br><br>Michael R. Reese<br>*mreese@reesellp.com*<br>100 West 93rd Street, 16th Floor<br>New York, New York 10025<br>Telephone: (212) 643-0500<br><br>George V. Granade<br>*ggrandade@reesellp.com*<br>8484 Wilshire Boulevard, Suite 515<br>Los Angeles, California 90211<br>Telephone: (310) 393-0070<br><br>Charles D. Moore<br>*cmoore@reesellp.com*<br>100 South 5th Street, Suite 1900<br>Minneapolis, Minnesota 55402<br>Telephone: (212) 643-0500<br><br>REESE LLP |

| | |
|---|---|
| | Courtney L. Weiner<br>*cw@courtneyweinerlaw.com*<br>1629 K St. NW, Suite 300<br>Washington, DC 20006<br>Telephone: (202) 827-9980<br>LAW OFFICE OF COURTNEY WEINER PLLC<br><br>**Attorneys for Plaintiff David Tulchinsky** |
| ***Seikel v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05419-EMC)<br>**Northern District of California**<br><br>Ben F. Pierce Gore<br>PIERCE GORE LAW FIRM, PC<br>315 Montgomery Street<br>10th Floor<br>San Francisco, CA 94104<br>(408) 806-4600<br>*piercegore@gmail.com*<br><br>Charles J. LaDuca Brendan Thompson<br>CUNEO GILBERT & LADUCA, LLP<br>4725 Wisconsin Avenue NW Suite 200<br>Washington, DC 20016 (202) 789-3960<br>*charles@cuneolaw.com;*<br>*brendan@cuneolaw.com*<br><br>Charles Barrett<br>Daniella Bhadare-Valente<br>Morgan L. Burkett<br>NEAL & HARWELL, PLC<br>1201 Demonbreun St.<br>Suite 1000<br>Nashville, TN 37203<br>(615) 244-1713<br>*cbarrett@nealharwell.com*<br>*dbhadare-valente@nealharwell.com*<br>*mburkett@nealharwell.com*<br><br>**Attorneys for Plaintiff Stephen L. Seikel** | ***Fralix v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05439-EMC)<br>**Northern District of California**<br><br>Eric M. Poulin<br>*eric.poulin@poulinwilley.com*<br>Blake G. Abbott<br>*blake.abbott@poulinwilley.com*<br>Paul J. Doolittle<br>*paul.doolittle@poulinwilley.com*<br>32 Ann Street<br>Charleston, SC 29403<br>Telephone: (803) 222-2222<br>Fax: (843) 494-5536<br>POULIN WILLEY ANASTOPOULO, LLC<br><br>John Christian<br>*yanni@bohrenlaw.com*<br>8560 West Sunset Boulevard, 4th Floor<br>West Hollywood, CA 90069<br>Tel: 619-433-2803<br>Fax: 800-867-6779<br>Bohren BOHREN LAW, APC<br><br>**Attorneys for Plaintiff Elaine Fralix** |
| ***Velez v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05464-EMC)<br>**Northern District of California** | ***Smith v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05548-EMC)<br>**Northern District of California** |

| | |
|---|---|
| Karen Hanson Riebel<br>Kate Baxter-Kauf<br>Maureen Kane Berg<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Square, Suite 2200<br>Minneapolis, Minnesota 55401<br>Telephone: 612-339-6900<br>Facsimile: 612-339-0981<br>*khriebel@locklaw.com*<br>*kmbaxter-kauf@locklaw.com*<br>*mkberg@locklaw.com*<br><br>Gayle M. Blatt<br>P. Camille Guerra<br>CASEY GERRY SCHENK<br>FRANCAVILLA BLATT & PENFIELD, LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>Telephone: 619-238-1811<br>Facsimile: 619-544-9232<br>*gmb@cglaw.com*<br>*camille@cglaw.com*<br><br>Gary F. Lynch<br>LYNCH CARPENTER, LLP<br>1133 Penn Avenue, 5th Floor<br>Pittsburg, PA 15222<br>Telephone: 412-322-9243<br>Facsimile: 412-231-0246<br>*gary@lcllp.com*<br><br>**Attorneys for Plaintiff Harold Velez** | Nicholas A. Migliaccio<br>412 H Street NE, no. 302,<br>Washington, DC, 20002<br>Office: (202) 470-3520<br>*nmigliaccio@classlawdc.com*<br><br>Jason S. Rathod<br>*jrathod@classlawdc.com*<br><br>Matthew Smith<br>201 Spear Street, Suite 1100<br>San Francisco, CA 94105<br>Tel: (831) 687-8255<br>MIGLIACCIO & RATHOD LLP<br>*msmith@classlawdc.com*<br><br>**Attorneys for Plaintiff Laquisha Smith** |
| ***Alperstein et al v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05541-EMC)<br>**Northern District of California**<br><br>CLARKSON LAW FIRM, P.C.<br>Ryan J. Clarkson<br>*rclarkson@clarksonlawfirm.com*<br>Yana Hart<br>*yhart@clarksonlawfirm.com*<br>Tiara Avaness<br>*tavaness@clarksonlawfirm.com*<br>Valter Malkhasyan<br>*vmalkhasyan@clarksonlawfirm.com* | ***Furia v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05565-EMC)<br>**Northern District of California**<br><br>Matthew Smith<br>MIGLIACCIO & RATHOD LLP<br>201 Spear Street, Suite 1100<br>San Francisco, CA 94105<br>Tel: (831) 687-8255<br>*msmith@classlawdc.com*<br><br>Daniel E. Gustafson<br>David A. Goodwin |

| | |
|---|---|
| 22525 Pacific Coast Highway<br>Malibu, CA 90265<br>Tel: (213) 788-4050<br>Fax: (213) 788-4070<br><br>**Attorneys for Plaintiffs Max Alperstein and Arya Shoaee** | Matt Jacobs<br>GUSTAFSON GLUEK PLLC<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Tel: (612) 333-8844<br>*dgustafson@gustafsongluek.com*<br>*dgoodwin@gustafsongluek.com*<br>*mjacos@gustafsongluek.com*<br><br>**Attorneys for Plaintiff Nicholas Furia** |
| ***Schutz v. 23andMe Inc.***<br>(Case No. 3:23-cv-05579)<br>**Northern District of California**<br><br>KAPLAN FOX & KILSHEIMER LLP<br>Laurence D. King<br>Matthew B. George<br>Blair E. Reed<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>Telephone: 415-772-4700<br>Facsimile: 415-772-4707<br>Email: *lking@kaplanfox.com*<br>*mgeorge@kaplanfox.com*<br>*breed@kaplanfox.com*<br><br>BARNOW AND ASSOCIATES, P.C.<br>Ben Barnow<br>Anthony L. Parkhill<br>205 West Randolph Street, Suite 1630<br>Chicago, IL 60606<br>Telephone: 312-621-2000<br>Facsimile: 312-641-5504<br>Email: *b.barnow@barnowlaw.com*<br>*aparkhill@barnowlaw.com*<br><br>**Attorneys for Plaintiff Michael Schutz, Cody Vogel, and Eileen Mullen (also a Movant in Case No. 3:23-cv-05147-EMC)** | ***Vickery v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05635-EMC)<br>**Northern District of California**<br><br>Rachele R. Byrd<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP<br>750 B Street, Suite 1820<br>San Diego, CA 92101<br>Telephone: (619) 239-4599<br>Facsimile: (619) 234-4599<br>*byrd@whafh.com*<br><br>Jon Tostrud<br>TOSTRUD LAW GROUP, PC<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Telephone: 310/278-2600<br>Facsimile: 310/278-2640<br>*jtostrud@tostrudlaw.com*<br><br>Erik H. Langeland<br>ERIK H. LANGELAND, P.C.<br>733 Third Avenue, 16th Floor<br>New York, NY. 10017<br>Telephone: (212) 354-6270<br>*elangeland@langelandlaw.com*<br><br>**Attorneys for Plaintiff Thomas Vickery** |
| ***Sorensen v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05677-EMC)<br>**Northern District of California**<br><br>M. Anderson Berry<br>Gregory Haroutunian<br>Brandon P. Jack<br>CLAYEO C. ARNOLD<br>865 Howe Avenue | ***Doe v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05717-EMC)<br>**Northern District of California**<br><br>ROBBINS GELLER RUDMAN & DOWD LLP<br>Dorothy P. Antullis<br>Stuart A. Davidson<br>Lindsey H. Taylor |

| | |
|---|---|
| Sacramento, CA 95825<br>Telephone: (916) 239-4778<br>Facsimile: (916) 924-1829<br>*aberry@justice4you.com*<br>*gharoutunian@justice4you.com*<br>*bjack@justice4you.com*<br><br>William B. Federman<br>FEDERMAN & SHERWOOD<br>10205 N. Pennsylvania Ave.<br>Oklahoma City, OK 73120<br>-and-<br>212 W. Spring Valley Road<br>Richardson, Texas 75081<br>Telephone: (405) 235-1560<br>Facsimile: (405) 239-2112<br>*wbf@federmanlaw.com*<br><br>**Attorneys for Plaintiff Brianna Sorensen** | Nicolle B. Brito<br>Alexander C. Cohen<br>Nicolle B. Brito<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>Telephone: 561/750-3000<br>561/750-3364 (fax)<br>*DAntullis@rgrdlaw.com*<br>*NBrito@rgrdlaw.com*<br>*LTaylor@rgrdlaw.com*<br>*ACohen@rgrdlaw.com*<br>*SDavidson@rgrdlaw.com*<br><br>THE GRANT LAW FIRM, PLLC<br>Lynda J. Grant<br>*lgrant@grantfirm.com*<br>521 Fifth Avenue, 17th Floor<br>New York, NY 10175<br>Telephone: 212/292-4441<br>212/292-4442 (fax)<br><br>LONGMAN LAW, P.C.<br>Howard T. Longman<br>*HLongman@Longman.Law*<br>354 Eisenhower Parkway, Suite 1800<br>Livingston, NJ 07039<br>Telephone: 973/994-2315<br>973/994-2319 (fax)<br><br>**Attorneys for John Doe** |
| ***Dube v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05768-EMC)<br>**Northern District of California**<br><br>John J. Nelson<br>MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN, LLC<br>402 W. Broadway, Suite 1760<br>San Diego, CA 92101<br>Telephone: (858) 209-6941<br>Fax: (858) 209-6941<br>Email: *jnelson@milberg.com*<br><br>Jason P. Sultzer, Esq.<br>270 Madison Avenue, Suite 1800<br>New York, NY 10016<br>Tel: (845) 483-7100<br>Fax: (888) 749-7747 | ***Andrizzi v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05198-EMC)<br>**Northern District of California**<br><br>Daniel Srourian, Esq.<br>SROURIAN LAW FIRM, P.C.<br>3435 Wilshire Blvd., Suite 1710<br>Los Angeles, California 90010<br>Telephone: (213) 474-3800<br>Facsimile: (213) 471-4160<br>Email: *daniel@slfla.com*<br><br>**Attorneys for Plaintiff Michelle Andrizzi** |

<table>
<tr><td>sultzerj@thesultzerlawgroup.com<br><br>Charles E. Schaffer, Esq.<br>LEVIN SEDRAN & BERMAN<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Tel: 215-592-1500<br>cschaffer@lfsblaw.com<br><br>Attorneys for Plaintiff Briana Dube</td><td></td></tr>
<tr><td>Molina v. 23andMe, Inc.<br>(Case No. 3:23-cv-05779-EMC)<br>Northern District of California<br><br>Daniel E. Barenbaum<br>Christina M. Sarraf<br>425 California Street, Suite 2300<br>San Francisco, CA 94104<br>Telephone: (415) 433-3200<br>Facsimile: (415) 433-6382<br>Email: dbarenbaum@bermantabacco.com<br>csarraf@bermantabacco.com<br>Patrick T. Egan<br>Steven J. Buttacavoli<br>BERMAN TABACCO<br>One Liberty Square<br>Boston, MA 02109<br>Telephone: (617) 542-8300<br>Facsimile: (617) 542-1194<br>Email: pegan@bermantabacco.com<br>sbuttacavoli@bermantabacco.com<br><br>Attorneys for Plaintiff Brandon Molina</td><td>Scott v. 23andMe Holding Co., 23andMe, Inc.<br>(Case No. 3:23-cv-5980-LB)<br>Northern District of California<br><br>LEXINGTON LAW GROUP<br>Mark N. Todzo<br>Meredyth L. Merrow<br>503 Divisadero Street<br>San Francisco, CA 94117<br>Telephone: (415) 913-7800<br>Facsimile: (415) 759-4112<br>mtodzo@lexlawgroup.com<br>mmerrow@lexlawgroup.com<br><br>Joseph P. Guglielmo<br>Carey Alexander<br>SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169-1820<br>Telephone: (212) 223-6444<br>Facsimile: (212) 223-6334<br>jguglielmo@scott-scott.com<br>calexander@scott-scott.com<br><br>Attorneys for Plaintiff Tracy Scott, Anna Daveiga, and Emily Beale</td></tr>
<tr><td>Ioffe v. 23andMe, Inc.<br>(Case No. 5:23-cv-06205-NC)<br>Northern District of California<br><br>SCHUBERT JONCKHEER & KOLBE LLP<br>Robert C. Schubert<br>rschubert@sjk.law<br>Amber L. Schubert<br>aschubert@sjk.law<br>2001 Union St, Ste 200</td><td>Rivers v. 23andMe Holding Co., 23andMe, Inc.<br>(Case No. 4:23-cv-06481-DMR)<br>Northern District of California<br><br>AZRA MEHDI (SBN 220406)<br>azram@themehdifirm.com<br>The Mehdi Firm, PC<br>95 Third Street<br>2nd Floor No. 9122</td></tr>
</table>

| | |
|---|---|
| San Francisco, CA 94123<br>Tel: (415) 788-4220<br>Fax: (415) 788-0161<br><br>**Attorneys for Plaintiff Polina Ioffe** | San Francisco, CA 94103<br>Ph/Fax: (415) 905-8880<br><br>John C. Herman<br>*jherman@hermanjones.com*<br>Candace N. Smith<br>*csmith@hermanjones.com*<br>HERMAN JONES LLP<br>3424 Peachtree Road N.E., Suite 1650<br>Atlanta, Georgia 30326<br>Telephone: (404) 504-6500<br>Facsimile: (404) 504-6501<br><br>**Attorneys for Plaintiff Kristen Rivers and V.R. Rivers** |
| ***Ryan v. 23andMe Inc.***<br>(Case No. 3:23-cv-5968-CRB)<br>**Northern District of California**<br><br>GLANCY PRONGAY & MURRAY LLP<br>Marc L. Godino<br>1925 Century Park East<br>Suite 2100<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 432-1495<br>Email: *mgodino@glancylaw.com*<br><br>Brian P. Murray<br>GLANCY PRONGAY & MURRAY LLP<br>230 Park Avenue, Suite 358<br>New York, NY 10169<br>Tel: (212) 682-5340<br>Fax: (212)-884-0988<br>*bmurray@glancylaw.com*<br><br>LAW OFFICE OF PAUL C. WHALEN, P.C.<br>Paul C. Whalen<br>768 Plandome Road<br>Manhasset, NY 11030<br>Tel.: (516) 426-6870<br>*paul@paulwhalen.com*<br><br>**Attorneys for Plaintiff Melissa Ryan** | ***Dhaman Gill v. 23andMe, Inc.***<br>(Case No. 8:23-cv-02387-FWS-DFM)<br>**Central District of California**<br><br>Michael R. Reese<br>*mreese@reesellp.com*<br>REESE LLP<br>100 West 93rd Street, 16th Floor<br>New York, New York 10025<br>Telephone: (212) 643-0500<br><br>George V. Granade<br>*ggranade@reesellp.com*<br>REESE LLP<br>8484 Wilshire Boulevard, Suite 515<br>Los Angeles, California 90211<br>Telephone: (310) 393-0070<br><br>Kevin Laukaitis<br>*klaukaitis@laukaitislaw.com*<br>LAUKAITIS LAW LLC<br>954 Avenida Ponce De Leon<br>Suite 205, #10518<br>San Juan, PR 00907<br>Telephone: (215) 789-4462<br><br>**Attorneys for Plaintiff Dhaman Gill** |
| ***Bacus v. 23andMe, Inc.***<br>(Case No. 1:23-cv-16828)<br>***Northern District of Illinois*** | ***Hu v. 23andMe, Inc.***<br>(Case No. 1:23-cv-17079)<br>**Northern District of Illinois** |

| | |
|---|---|
| Andrea Gold<br>Hassan A. Zavareei<br>*hzavareei@tzlegal.com*<br>Glenn E. Chappell<br>*gchappell@tzlegal.com*<br>David W. Lawler<br>*dlawler@tzlegal.com*<br>Leora N. Friedman<br>*lfriedman@tzlegal.com*<br>TYCKO & ZAVAREEI LLP<br>2000 Pennsylvania Avenue NW<br>Suite 1010<br>Washington, D.C. 20006<br>Telephone: (202) 973-0900<br>Facsimile: (202) 973-0950<br><br>**Attorneys for Plaintiff Michele Bacus** | Katrina Carroll<br>LYNCH CARPENTER, LLP<br>111 W. Washington St. Suite 1240<br>Chicago IL 60602<br>312.750.1265<br>*katrina@lcllp.com*<br><br>Jonathan M. Jagher<br>FREED KANNER LONDON & MILLEN LLC<br>923 Fayette Street<br>Conshohocken, PA 19428<br>610.234.6486<br>*jjagher@fklmlaw.com*<br>Michael E. Moskovitz<br>Nia-Imara Barberousse Binns<br>100 Tri-State International, Suite 128<br>Lincolnshire, IL 60069<br>224.632.4506<br>*mmoskovitz@fklmlaw.com*<br>*nbinns@fklmlaw.com*<br><br>**Attorneys for Plaintiff Alyson Hu** |
| ***Paddy et al v. 23andMe, Inc.***<br>(Case No. 3:23-cv-06698-EMC)<br>**Northern District of California**<br><br>Laurence D. King<br>Matthew B. George<br>Blair E. Reed<br>KAPLAN FOX & KILSHEIMER LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>Telephone: 415-772-4700<br>*lking@kaplanfox.com*<br>*mgeorge@kaplanfox.com*<br>*breed@kaplanfox.com*<br><br>Norman E. Siegel<br>J. Austin Moore<br>Brandi S. Spates<br>STUEVE SIEGEL HANSON LLP<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112<br>Tel: 816-714-7100<br>*siegel@stuevesiegel.com*<br>*moore@stuevesiegel.com* | ***Picha v. 23andMe, Inc.***<br>(Case No. 3:23-cv-06719-EMC)<br>**Northern District of California**<br><br>Christopher L. Springer<br>Cari Campen Laufenberg<br>Gretchen Freeman Cappio<br>KELLER ROHRBACK L.L.P<br>801 Garden Street, Suite 301<br>Santa Barbara, CA 93101<br>*cspringer@kellerrohrback.com*<br>*claufenberg@kellerrohrback.com*<br>*gcappio@kellerrohrback.com*<br>(805) 456-1496<br><br>**Attorneys for Plaintiff Cami Picha** |

| *spates@stuevesiegel.com*<br><br>**Attorneys for Plaintiff Claire Paddy and Neil Haven** | |
|---|---|

Respectfully submitted,

DATED: January 9, 2024

By: */s/ Ian C. Ballon*
Ian C. Ballon
GREENBERG TRAURIG, LLP
Ballon@gtlaw.com
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Tel: 650-289-7881; Fax: 650-462-7881
*Attorneys for Defendants 23andMe, Inc., 23andMe Pharmacy Holdings, Inc., 23andMe Holding Co.*